IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND          DIVISION

| | |
|---|---|
| DWAYNE J. DENNIS AND HAZEL R. D. DENNIS )<br>OCCUPANTS OF THE PROPERTY )<br>Dwayne J. Dennis and Hazel R. D. Dennis )<br>3735 N. Vancouver Ave )<br>Portland, Oregon 97227 )<br>503-282-3154 )<br>                                )<br>    Plaintiffs           )<br>Vs                        )<br>                                )<br>JP Morgan Chase Bank  )<br>                                )<br>                                )<br>    Defendant          )<br>                                ) | Case Number<br><br>3'18 CV 0555-YY<br><br><br>Complaint |

Complaint

Someone at JP Morgan Chase Bank opened up a closed and suspended credit card account ending in 8649 and put 216 thousand dollars on it, putting us into collections causing us to go thru several years of stress, grief, mental, physical pain, suffering and financial hardships. For this action that we have been going thru for the pass several years in fear of losing our home, we are suing JP Morgan Chase Bank for fifty million dollars.

Sign _Dwayne J Dennis / Hazel R D Dennis_   Date _3-23-2018_
DWAYNE J. DENNIS and HAZEL R. D. DENNIS

State of Oregon
County of Multnomah

Acknowledged before me on this 23 day of March 2018,

by _Dwayne John Dennis_ and _Hazel Regina Dennis_

Notary Public
# 77493



OFFICIAL STAMP
**OMAR VALENCIA-ORTIZ**
NOTARY PUBLIC-OREGON
COMMISSION NO. 929616
MY COMMISSION EXPIRES JUNE 15, 2018