**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**FREDERICK B. BURNSIDE,** OSB #096617
fredburnside@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 757-8016
Facsimile: (206) 757-7016

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DWAYNE J. DENNIS and HAZEL R.D. DENNIS,**<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**JP MORGAN CHASE BANK,**<br><br>**DEFENDANT**. | Case No. 3:18-cv-00555-YY<br><br>**DEFENDANT'S MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |

## CERTIFICATE OF COMPLIANCE

Counsel for defendant spoke with *pro se* plaintiff Hazel Dennis on May 22, 2018, at the phone number listed on plaintiffs' Complaint to confer regarding the subject of this motion, and plaintiffs object to this motion.

## MOTION

Defendant JPMorgan Chase Bank, N.A. (erroneously sued as "JP Morgan Chase Bank") ("Chase") respectfully moves for an order under Fed. R. Civ. P. 6(b) extending the time in which Chase must respond to plaintiff's Complaint to a date two weeks after the District Court completes its review the Findings and Recommendations filed on May 16, 2018 and makes its determination, should that determination not dispose of the case.

## MEMORANDUM IN SUPPORT

### I. PROCEDURAL HISTORY

Plaintiffs filed their complaint on April 2, 2018. In its entirety, the complaint states:

> Someone at JP Morgan Chase Bank opened up a closed and suspended credit card account ending in 8649 and put 216 thousand dollars on it, putting us into collections causing us to go thru several years of stress, grief, mental, physical pain, suffering and financial hardships. For this action that we have been going thru for the pass [sic] several years in fear of losing our home, we are suing JP Morgan Chase Bank for 50 million dollars.

Dkt. No. 1, p. 1. On April 6, 2018, the Court, *sua sponte*, issued an Order to Show Cause noting the failure to allege facts to support subject matter jurisdiction and stating:

> Accordingly, by April 27, 2018, plaintiffs shall show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction. If, before April 27, 2018, plaintiffs file an amended complaint curing the jurisdictional defect, the court will discharge the Order to Show Cause.

Dkt. No. 4, p. 2. Plaintiffs did not respond to the Order to Show Cause, and instead obtained a summons from the Court clerk and mailed the summons and the complaint to Chase by certified mail on or about May 1, 2018. *See* Dkt. Nos. 6-8. As a result, the Court shows Chase's response to the Complaint as due on May 24, 2018, or, alternatively, May 25, 2018. *See* Dkt. Nos. 7-8.


DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

On May 16, 2018, this Court issued Findings and Recommendations recommending that the Complaint be dismissed. Dkt. No. 9. The Court stated "Although the court gave the self-represented plaintiffs ample opportunity to cure the defect, they have failed to do so. Because the complaint fails to establish the court's jurisdiction, the case should be dismissed pursuant to FRCP 12(h)(3)." Dkt. No. 9, p. 2. The Court referred the Findings and Recommendations to Judge Hernandez for his review and determination. Dkt. No. 10. Plaintiffs have until June 4, 2018, to file objections to the Findings and Recommendations, and if no objections are filed, the Findings and Recommendations will go under advisement on that date.

## II. ARGUMENT

Chase agrees that plaintiffs' Complaint should be dismissed for want of subject matter jurisdiction, as well as on other grounds Chase will set forth in a motion to dismiss the Complaint if it is required to respond. If the District Court adopts the Findings and Recommendations, however, then no response to the Complaint will be required, and it would be a waste of the parties' and the Court's resources to require Chase to file a response to the Complaint in the interim. To avoid this potentially unnecessary expenditure of resources, Chase respectfully requests that the Court extend the deadline for Chase to file a response to plaintiff's

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Complaint until a time two weeks after the District Court passes on the Findings and Recommendations, if the District Court does not enter an order dismissing the Complaint.

DATED this 22nd day of May, 2018.

**DAVIS WRIGHT TREMAINE LLP**

By s/ Kevin H. Kono

**KEVIN H. KONO**, OSB #023528
Email: kevinkono@dwt.com
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300

**FREDERICK B. BURNSIDE**, OSB #096617
Email: fredburnside@dwt.com
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 757-8016

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **DEFENDANT'S MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** on:

Dwayne J. Dennis
Hazel R.D. Dennis
3735 N. Vancouver Ave
Portland, OR 97227
Telephone (503) 282-3154

Plaintiffs

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said plaintiffs' last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said plaintiffs' address as shown above on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said plaintiffs' last-known address on the date set forth below;

☐ by faxing a copy thereof to said plaintiffs at their last-known facsimile number on the date set forth below;

☐ by emailing a copy thereof to said plaintiffs at their last-known email address as set forth above; and/or

☐ by emailing a copy thereof in Word format to said plaintiffs at their last-known email address as set forth above, pursuant to Local Rule 5-11(b).

Dated this 22nd day of May, 2018.

DAVIS WRIGHT TREMAINE LLP

By s/ Kevin H. Kono
Kevin H. Kono, OSB #023528
Of Attorneys for Defendant