UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DWAYNE J. DENNIS and
HAZEL R.D. DENNIS,

Plaintiffs,

v.

JP MORGAN CHASE BANK,

Defendant.

Case No. 3:18-cv-00555-YY

ORDER

YOU, Magistrate Judge:

On May 15, 2018, this court issued Findings and Recommendations with the recommendation that the case be dismissed because the complaint fails to establish the court's jurisdiction. Although this court issued an order on April 6, 2018, directing plaintiffs to show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction, plaintiffs failed to file a response or amended complaint in response to that order.

Since the court issued its Findings and Recommendations, plaintiffs have filed numerous documents, some of which suggest that plaintiffs might be able to file a complaint that falls within the court's jurisdiction. Accordingly, the court withdraws its Findings and Recommendation dated May 15, 2018, and gives plaintiffs until July 27, 2018, to file an amended complaint.

As discussed in this court's Findings and Recommendations issued on May 16, 2018, the amended complaint must establish that this court has subject matter jurisdiction over the case. A plaintiff may establish federal subject matter jurisdiction in one of two ways: either pursuant to 28 U.S.C. § 1332, which requires the plaintiff to establish the complete diversity of the parties' citizenship and an amount in controversy in excess of $75,000, or pursuant to 28 U.S.C. § 1331, which requires the plaintiff to establish the claims arise under a federal statute or the United States Constitution, or otherwise give rise to an essential federal question.

As a result of this order, plaintiffs' Motion to Amend (ECF #17) and Motion for Oral Argument and Ruling (ECF #20) are moot. Upon receiving the amended complaint, the court will review it and then advise defendant when, and if, and Answer must be filed.

IT IS SO ORDERED.

DATED June 28, 2018.

/s/Youlee Yim You

Youlee Yim You
United States Magistrate Judge