UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED 11 JUL '18 14:01 USDC-ORP

DWAYNE J. DENNIS and
HAZEL R. D. DENNIS
Dwayne J. Dennis and
Hazel R. D. Dennis
Plaintiffs,

Case No. 3:18-cv-00555-YY

AMENDED COMPLAINT

Vs

JP MORGAN CHASE BANK
JP Morgan Chase Bank
Defendants

Amended Complaint

We the plaintiffs is submitting portions of a complaint that we submitted in May of 2012 ( Exhibit 6-3 thru 33) along with a signed affidavit from Michael Carrigan. (Exhibit 7-1 thru 4)

We, the Plaintiffs, come before this Judge and court humbly and truthfully with the facts to this case (# 3:18 -cv-00555-YY). The Defendant, JP Morgan Chase Bank Has committed conspiracy against us, the Plaintiffs,. 18 U.S.C. 371. The Defendant, JP Morgan Chase Bank, knowingly gave JP Morgan Chase Bank (the collection agency) fraudulent and incorrect information about us, the Plaintiffs, which put us, the Plaintiffs, into a wrongful foreclosure from a verdict given with an error in the law and a

error in the facts. This verdict with the error in the law and a error in the facts is leading to the wrongful and unjustly foreclosure sale of our, the Plaintiffs, home in August of 2018. The Defendant, JP Morgan Chase Bank, claims that this is a moot, but this is the center fabric of this case. The Defendant, JP Morgan Chase Bank, first someone in the branch put 216 thousand dollars on a suspended and closed account ending in 8649, with a zero balance for the pre-approved CREDIT LIN-55020 PRI ADJ credit card and a zero balance for the fixed rate loan FRLO ESTAB-70899 FRLO ES ( Exhibit 3) then the Defendant, JP Morgan Chase Bank, claims that JP Morgan Chase Bank inherited a FDIC ticket from the purchase of Washington Mutual Bank N.A. in which the Defendant, JP Morgan Chase Bank , claims it received our HELOC loan ending in 8912.

Our, the Plaintiff's, loan with Washington Mutual Bank that was paid off in full ( Exhibit 1) and our, the Plaintiff's, loan was put on wall street and our, the Plaintiff's, home was reconveyed to a Stephen Brauer (Exhibit 4) creating a crime from Washington Mutual Bank N.A. called bi-furcation. The Defendant, JP Morgan Chase Bank, could not have inherit this loan. We, the Plaintiffs, would not be going thru these actions today from the Defendant, JP Morgan Chase Bank, in which we, the Plaintiffs, are going thru from being under this great deal of stress of our home being sold in August of 2018 from a wrongful foreclosure from the Defendant, JP Morgan Chase Bank. So our, the plaintiff's, attachments pertaining to this case is not a moot like the Defendant, JP Morgan Chase Bank, is claiming.

18 U.S.C. 1962(a) it shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principle within

then meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or its proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. A purchase of securities on the open market for the purpose of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be lawful under this subsection if the securities of the issuer held by the purchaser, members of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount in the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer.

(b) it shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in control of any enterprise which in engaged in, or the activities of which affect, interest or foreign commerce.

( c ) It shall be unlawful for any person employed by or associated with any enterprise engage in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activities activity or collection of unlawful debt.

(d) It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section.

The Defendant, JP Morgan Chase Bank, is responsible for our

problems. This financial institution which has put us, the Plaintiffs, in this stressful and

financial hardship situation for over several years. 18 U.S.C. 1344. The Defendant, JP Morgan Chase Bank , has taken advantage of our incenses credibility and loyalty as a consumer. Someone in the Defendant's, JP Morgan Chase Bank, opened up a close and suspended pre-approved credit card account ending in 8649 and put 216 thousand dollars on it, 18 U.S.C. 1029, without our authorization, permission or without us, the Plaintiffs, signing or receiving this money, then put us, the Plaintiffs, into collections causing us, the Plaintiffs, to go thru several years of stress, grief, mental, physical pain, suffering and financial hardships fighting a wrongful foreclosure action. For this action that we, the Plaintiffs, for the past several years in fear of losing our home, are suing the Defendant, JP Morgan Chase Bank, for 50 million dollars and to pay all court costs, attorney fees and processing fees associated with the wrongful foreclosure because the Defendant, JP Morgan Chase Bank, knowingly is responsible for all that we, the Plaintiffs, are going thru.

OFFIC
IA ELIZ
ARY PU
MMISSI
SION EXPI

Subsection (a) (7) of 18 U.S.C. 1029 states only that it is intended to prohibit arranging for another person to present access device transactions records for payments to a credit card system member or its agent without the authorization of the credit card system member or its agent. Prior to the enactment of subsection (a) (7) to 18 U.S.C. 1029 expressly address a practice known as "factoring," the fraudulent i.e.. fake (counterfeit) credit card sales draft practices. Schemes to commit identity theft or fraud may also involve violations of other statutes such as identification fraud (18 U.S.C.1028) credit card fraud (18 U.S.C. 1029), computer fraud (18 U.S.C.1030), mail fraud (18 U.S. C.1341), wire fraud (18 U.S.C. 1343), or financial institution fraud ( 18 U.S.C. 1344). Each of these federal offenses are felonies that carry substantial penalties.

these all are under the Federal Statute therefore we, the Plaintiffs, are in the proper

jurisdiction for this case and the attachments is not moot it is part of the Defendant, JP Morgan Chase Bank, crime against us, the Plaintiffs, the Defendant trigger this whole action.

We, the Plaintiffs, are suing and asking the Judge and court to order the Defendant, JP Morgan Chase Bank, to give to us, the Plaintiffs, (Dwayne J. Dennis and Hazel R. D. Dennis) 50 million dollars tax free, all court cost paid for this crime and wrongful foreclosure, all attorney fees paid in both Judicial Courts (State and Federal) for this crime of putting 216 thousand dollars on a suspended and closed pre-approved credit card ending in 8649, to restore our credit profile back to where it was before this crime and wrongful foreclosure started and make our property free and clear as it should be.

OVERVIEW

We, the Plaintiffs, walked inside the branch of JP Morgan Chase Bank and inquired about our account. The Defendants, JP Morgan Chase Bank, told us that our payment was going to JP Morgan Chase Bank at this point. We, the Plaintiffs, informed the Defendant, JP Morgan Chase Bank, that JP Morgan Chase Bank were making a mistake and that JP Morgan Chase Bank were not entitled to our monthly payments, after a series of back and forth handing and sending the Defendant, JP Morgan Chase Bank, our, the Plaintiff's, paperwork and the Defendant, JP Morgan Chase Bank, claiming that they, the Defendant, did not receive our, the Plaintiffs, paperwork over and over. We, the Plaintiffs, decided to go the execute office of Jamie Dimon and talked to Veronica Robinson and faxed her our paperwork so that she could investigate our account. Veronica Robinson investigated our paperwork and verified that this account was a pre-approved credit card account with a zero balance on the credit card and a zero

balance on the fixed loan.( Exhibit 3)

Someone at JP Morgan Chase Bank put 216 thousand dollars on a closed and suspended account ending in 8649 claiming that we owe this to the Defendant, JP Morgan Chase Bank. We did not receive, approve, signed or authorize for this transaction or this money. The Defendant, JP Morgan Chase Bank is responsible for all of our pain and suffering for the mental, physical and financial burdens for years and over a year of fear of losing our home.

We are suing JP Morgan Chase Bank for 50 million dollars with all taxes paid on it, all attorney fees and court cost paid. Also to repair our credit problems that occurred during this ordeal of our stressful situation and to satisfy and settle this case and to stop trying to take our house.

1.) Washington Mutual was paid off in full leaving us, the Plaintiffs the Dennis's not binding by any contract. We never refinanced nor modified a loan with anyone JP Morgan Chase Bank could not have inherit a loans from Washington Mutual Bank concerning us , the Plaintiffs, the Dennis's (Exhibit 1)

2.) When JP Morgan Chase took over Washington Mutual Bank, JP Morgan Chase Bank sent us a application to fill out the for the pre-approve credit card for approximally 11 thousand dollars account ending 8649 that was set up by Washington Mutual Bank which we never used. We did not send in the application back to JP Morgan Chase Bank because we did not need the credit card portion, so JP Morgan Chase Bank canceled and suspended the pre-approved credit card account ending 8649 with a zero balance on it.( Exhibit 2)

3.) After getting the run around form JP Morgan Chase Bank for over several years. We

TAMP
H BRE
·ORE
Ɔ. 96
PTEMB

went to the execute office of Jamie Dimon and spoke to Veronica Robinson and sent her a fax to this case account number ending in 8649 ( Exhibit 5-1thru 6) Veronica Robinson investigated and researched this matter and Veronica Robinson said that this was a pre-approved credit card account with a zero balance for the pre-approved credit card and for the loan. (Exhibit 3)

JP Morgan Chase Bank is guilty of these things against us, the Plaintiffs, (Dwayne and Hazel Dennis). Conspiracy, Fraud, Racketeering, subrogation, extortion, forgery; RICO and full disclosure.

Dwayne J. Dennis
Hazel R. D. Dennis
3735 N. Vancouver Ave
Portland, OR 97227
503-282-3154

Davis Wright Tremain, LLP
1300 SW 5th Ave STE 2400, Suite 2300
Portland, OR 97201-5610
ATTN: Kevin H. Kono
503 241-2300

Davis Wright Tremaine, LLP
1201 Third Ave, Suite 2200
Seattle, Washington 98101
ATTN. Frederick B. Burnside
206 757-8016

NNECKE
GON
5318
ER 06, 202

sign [signature] [signature] date 7/11/18
DWAYNE J. DENNIS HAZEL R. D. DENNIS

State of Oregon
County of Multnomah
Acknowledged before me on this 11th day of July 2018
by Hazel R. Dennis and Dwayne J. Dennis
V. Brennecke
Notary Public

OFFICIAL STAMP
VICTORIA ELIZABETH BRENNECKE
NOTARY PUBLIC-OREGON
COMMISSION NO. 966318
MY COMMISSION EXPIRES SEPTEMBER 06, 2021

# PROOF OF SERVICE

CASE # 3:18-CV-00555-YY
DWAYNE J. & HAZEL R. D. DENNIS

PostalAnnex+ #338
503-284-6092
503-284-6110 fax

Your neighborhood owned and operated
Copy/Print/Pack/Ship Center
FedEx & UPS

| | | |
|---|---|---|
| High Speed Co | 16 @ 0.10 | 1.60 |
| High Speed Co | 42 @ 0.10 | 4.20 |
| High Speed Co | 44 @ 0.10 | 4.40 |
| High Speed Co | 128 @ 0.10 | 12.80 |
| Notary | | 40.00 |

Shipment--------------------
USPS Priority Flat-Rate
Ship To:
KEVIN H. KONO
DAVIS WRIGHT TREMAIN LLP
1300 SW 5TH AVE STE 2400
PORTLAND, OR 97201-5610
Package 11.25
Tracking #: 9405510200881787411229

Shipment--------------------
USPS Priority Flat-Rate
Ship To:
ATTN: FREDERICK B. BURNSIDE
DAVIS WRIGHT TREMAINE
1201 3RD AVE STE 2200
SEATTLE, WA 98101-3047
Package 11.25
Tracking #: 9405510200883845283670

| | |
|---|---|
| SUBTOTAL | 85.50 |
| TAX | 0.00 |
| TOTAL | 85.50 |
| TEND Debit | 85.50 |

Total shipments: 2
DWAYNE DENNIS
07/11/2018
#701586 01:34 PM
Workstation: 0 - Master Workstation
CCTran# f4fc4ce0-2976-4a4c-8756-27d2d7928f7f

******************************
Take $1.00 off UPS or FedEx
One package per coupon
Thank you!
**********************************