IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DWAYNE J. DENNIS and No. 3:18-cv-00555-YY
HAZEL R.D. DENNIS,

 TEMPORARY RESTRAINING
 Plaintiffs, ORDER

 v.

JP MORGAN CHASE BANK,

 Defendant.

HERNÁNDEZ, District Judge:

 Based on the record, including the Amended Complaint [25], motion for temporary restraining order [27], and supporting exhibits, the Court finds that:

 1. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, good cause exists to issue a temporary restraining order;

 2. If Defendant is not immediately restrained from conducting a foreclosure sale scheduled for August of 2018, Plaintiffs will suffer irreparable harm in the form of the loss of their real property located at 3735 N. Vancouver Ave., Portland, Oregon 97227;

 3. Plaintiffs made good faith efforts to inform Defendant of their intent to seek an injunction;

Accordingly, the Court GRANTS Plaintiffs' motion for a temporary restraining order [27], and it is ORDERED that:

4. Defendant, and those acting on its behalf that receive actual notice of this order, by personal service or otherwise, are directed as follows:

5. The foreclosure sale of the real property located at 3735 N. Vancouver Ave., Portland, Oregon 97227, shall be halted during the period of time that this temporary restraining order is in place;

6. Defendant, and those acting on their behalf are prohibited from either directly or indirectly taking any actions to advance or conduct the foreclosure sale of the property during the period of time this temporary restraining order is in place;

7. Plaintiffs and Defendant shall appear before this Court in Courtroom 15A on August 2 at 11:00 a.m. to discuss whether a preliminary injunction should be entered granting the same relief described above in paragraphs 4, 5, and 6, during the pendency of this action;

8. Plaintiffs are not required to give security in connection with this order.

IT IS SO ORDERED

DATED this \_\_\_26\_\_\_ day of \_\_\_July_____, 2018. @ 3:48 P.M.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – TEMPORARY RESTRAINING ORDER