FILED30 JUL '18 10:37USDC-ORP

P
SCHER
EGON
59870
CH 02, 2021

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| DWAYNE J. DENNIS and<br>HAZEL R. DENNIS,<br><br>*Dwayne J. Dennis and Hazel R. Dennis*<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK<br>JP Morgan Chase Bank<br>Defendants. | Case No. 3:18-cv-00555-YY<br><br>Case No. 16CV12141<br>Specially Assigned To Judge Marilyn Litzenberger<br><br>LIS PENDEN |

## LIS PENDENS

PLEASE TAKE NOTICE that this action was commenced in the above-named court by the above entitled Plaintiffs against the above entitled Defendants, and are now pending. The Plaintiffs allege a real property claim affecting real property located at 3735 N. Vancouver Avenue, Portland, Oregon 97227. Lot 5, Block 25, CENTRAL ALBINA, in the City of Portland, County of Multnomah and the State of Oregon APN/Parcel# 146804170.

Dwayne J. Dennis and Hazel R.D. Dennis
DWAYNE J. DENNIS AND
HAZEL R.D. DENNIS
3735 N. Vancouver Ave.
Portland, Oregon 97227
503 282-3154

McCarthy & Holthus, LLP
Andreanna Smith
920 SW 3rd Ave, 1st Floor
Portland, Oregon 97204
Phone (971) 201-3200

Davis Wright Tremain, LLP
1300 SW 5th Ave, STE 2400, suite 2300
Kevin H. Kono
Portland, Oregon 97201
503 241-2300

Davis Wright Tremain, LLP
1201 Third Ave, Suite 2200
Fredrick Burnside
Seattle, Washington 98101
206 757- 8016

[signature] Date 7/30/18
DWAYNE J. DENNIS, *pro se*

[signature] Date 7/30/18
HAZEL R. DENNIS, *pro se*

State of Oregon
County of Multnomah
Acknowledged before me on this 30 day of July 2018,
by Dwayne Dennis & Hazel Dennis
[signature]
Notary Public

OFFICIAL STAMP
HILLARY RUTH FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 959870
MY COMMISSION EXPIRES MARCH 02, 2021

## VERIFICATION

I, DWAYNE J. DENNIS, *pro se*, am a Plaintiff in the above entitled matter and have personal knowledge to testify to the matters stated therein. I have read the facts and allegations and declare under penalty of perjury in and for the State of Oregon that the above is true and correct to the best of my knowledge.

Dwayne J. Dennis and Hazel R.D. Dennis
DWAYNE J. DENNIS AND
HAZEL R.D. DENNIS
3735 N. Vancouver Ave.
Portland, Oregon 97227
503 282-3154

McCarthy & Holthus, LLP
Andreanna Smith
920 SW 3rd Ave, 1st Floor
Portland, Oregon 97204
Phone (971) 201-3200

Davis Wright Tremain, LLP
1300 SW 5th Ave, STE 2400, suite 2300
Kevin H. Kono
Portland, Oregon 97201
503 241-2300

Davis Wright Tremain, LLP
1201 Third Ave, Suite 2200
Fredrick Burnside
Seattle, Washington 98101
206 757- 8016

________________________
DWAYNE J. DENNIS, *pro se*

On the 30 day of July, 2018, DWAYNE J. DENNIS, personally known to me, appeared before me and executed the above document.

OFFICIAL STAMP
HILLARY RUTH FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 959870
MY COMMISSION EXPIRES MARCH 02, 2021

________________________
NOTARY

My Commission expires on 03/02/2021

**VERIFICATION**

I, HAZEL R. DENNIS, *pro se*, am a Plaintiff in the above entitled matter and have personal knowledge to testify to the matters stated therein. I have read the facts and allegations and declare under penalty of perjury in and for the State of Oregon that the above is true and correct to the best of my knowledge.

Dwayne J. Dennis and Hazel R.D. Dennis
DWAYNE J. DENNIS AND
HAZEL R.D. DENNIS
3735 N. Vancouver Ave.
Portland, Oregon 97227
503 282-3154

McCarthy & Holthus, LLP
Andreanna Smith
920 SW 3rd Ave, 1st Floor
Portland, Oregon 97204
Phone (971) 201-3200

Davis Wright Tremain, LLP
1300 SW 5th Ave, STE 2400, suite 2300
Kevin H. Kono
Portland, Oregon 97201
503 241-2300

Davis Wright Tremain, LLP
1201 Third Ave, Suite 2200
Fredrick Burnside
Seattle, Washington 98101
206 757- 8016

Hazel R Dennis
HAZEL R. DENNIS, *pro se*

On the 30 day of July, 2018, HAZEL R. DENNIS, personally known to me, appeared before me and executed the above document.

OFFICIAL STAMP
HILLARY RUTH FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 959870
MY COMMISSION EXPIRES MARCH 02, 2021

NOTARY

My Commission expires on 03/02/2021

# AFFIDAVIT OF FRAUD/FORGERY

STATE OF OREGON §
§ ss.
COUNTY OF MULTNOMAH §

Before me, the undersigned notary, on this day personally appeared DWAYNE J. DENNIS, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is DWAYNE J. DENNIS. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.
2. I am the true and lawful owners of the property located at 3735 N. Vancouver Avenue, Portland, Oregon 97227. Lot 5, Block 25, CENTRAL ALBINA, in the City Of Portland, County of Multnomah and the State of Oregon APN/Parcel #R146804170.
3. As such, and contrary to the claims by Defendants, or the Clerk of Multnomah County, the documents filed in the Multnomah County, Oregon Records, upon knowledge, information and belief, the documents have been falsified/forged/manipulated. Said documents are the product of fraudulent and/or illegal acts, and we dispute the validity/legitimacy of said documents, including, but not limited to the document showing it is a Security Deed, and the "Scrivener's Affidavit", and any and all documents in the Record, as said documents are either products of fraud, or forgery, and/or the documents that led the Defendants to come to a conclusion not consistent with Plaintiffs' claims, were the product of fraud and/or forgery, and there is a great likelihood, that the documents were obtained by illegal/criminal acts."
4. "Further Affiant sayeth not."

1P
SCHER
3EGON
?59870
RCH 02, 2021

Dwayne J. Dennis and Hazel R.D. Dennis
DWAYNE J. DENNIS AND
HAZEL R.D. DENNIS
3735 N. Vancouver Ave.
Portland, Oregon 97227
503 282-3154

McCarthy & Holthus, LLP
Andreanna Smith
920 SW 3rd Ave, 1st Floor
Portland, Oregon 97204
Phone (971) 201-3200

| | |
|---|---|
| Davis Wright Tremain, LLP | Davis Wright Tremain, LLP |
| 1300 SW 5th Ave, STE 2400, suite 2300 | 1201 Third Ave, Suite 2200 |
| Kevin H. Kono | Fredrick Burnside |
| Portland, Oregon 97201 | Seattle, Washington 98101 |
| 503 241-2300 | 206 757- 8016 |

Dwayne J. Dennis ______________________ Date 7/30/18

DWAYNE J. DENNIS, *pro se*
AFFIANT/PLAINTIFF

State of Oregon
County of Multnomah

Acknowledged before me on this 20 day of July 2018.
by Dwayne Dennis
______________________
Notary Public

OFFICIAL STAMP
HILLARY RUTH FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 959870
MY COMMISSION EXPIRES MARCH 02, 2021

**VERIFICATION**

I, DWAYNE J. DENNIS, *pro se,* am a Plaintiff in this action. I have read the foregoing Application for Temporary Restraining Order and for Injunctive relief and it is true of my own knowledge, except as to those matters stated on information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

Dwayne J. Dennis and Hazel R.D. Dennis
DWAYNE J. DENNIS AND
HAZEL R.D. DENNIS
3735 N. Vancouver Ave.
Portland, Oregon 97227
503 282-3154

McCarthy & Holthus, LLP
Andreanna Smith
920 SW 3rd Ave, 1st Floor
Portland, Oregon 97204
Phone (971) 201-3200

Davis Wright Tremain, LLP
1300 SW 5th Ave, STE 2400, suite 2300
Kevin H. Kono
Portland, Oregon 97201
503 241-2300

Davis Wright Tremain, LLP
1201 Third Ave, Suite 2200
Fredrick Burnside
Seattle, Washington 98101
206 757- 8016

[signature] date 7/30/18
DWAYNE J. DENNIS,

State of Oregon
County of Multnomah
Acknowledged before me on this 30 day of July 2018,
by Dwayne Dennis
[signature]
Notary Public

OFFICIAL STAMP
HILLARY RUTH FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 959870
MY COMMISSION EXPIRES MARCH 02, 2021

3

**VERIFICATION**

I, HAZEL R. DENNIS, *pro se,* am a Plaintiff in this action. I have read the foregoing Application for Temporary Restraining Order and for Injunctive relief and it is true of my own knowledge, except as to those matters stated on information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

Dwayne J. Dennis and Hazel R.D. Dennis
DWAYNE J. DENNIS AND
HAZEL R.D. DENNIS
3735 N. Vancouver Ave.
Portland, Oregon 97227
503 282-3154

McCarthy & Holthus, LLP
Andreanna Smith
920 SW 3rd Ave, 1st Floor
Portland, Oregon 97204
Phone (971) 201-3200

Davis Wright Tremain, LLP
1300 SW 5th Ave, STE 2400, suite 2300
Kevin H. Kono
Portland, Oregon 97201
503 241-2300

Davis Wright Tremain, LLP
1201 Third Ave, Suite 2200
Fredrick Burnside
Seattle, Washington 98101
206 757- 8016

Hazel R Dennis Date 7-30-18
HAZEL R. DENNIS,

State of Oregon
County of Multnomah

Acknowledged before me on this 30 day of July 20 18,
by Hazel Dennis
Notary Public

OFFICIAL STAMP
HILLARY RUTH FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 959870
MY COMMISSION EXPIRES MARCH 02, 2021