**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**TIM CUNNINGHAM**, OSB #100906
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**FREDERICK B. BURNSIDE,** OSB #096617
fredburnside@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 757-8016
Facsimile: (206) 757-7016

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DWAYNE J. DENNIS and HAZEL R.D. DENNIS,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**JP MORGAN CHASE BANK,**<br><br>**DEFENDANT.** | Case No. 3:18-cv-00555-YY<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Tim Cunningham of the firm of Davis Wright Tremaine LLP hereby appears on behalf of defendant JPMorgan Chase Bank, N.A. (erroneously sued as

"JP Morgan Chase Bank") in this matter and requests that the Court provide ECF notices of all future filings to the email address for Tim Cunningham shown below, in addition to current counsel of record for JPMorgan Chase Bank, N.A., Kevin H. Kono and Frederick B. Burnside of Davis Wright Tremaine LLP, who have already appeared.

DATED this 31st day of July, 2018.

**DAVIS WRIGHT TREMAINE LLP**

By s/ Tim Cunningham

**KEVIN H. KONO**, OSB #023528
Email: kevinkono@dwt.com
**TIM CUNNINGHAM**, OSB #100906
Email: timcunningham@dwt.com
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300

**FREDERICK B. BURNSIDE**, OSB #096617
Email: fredburnside@dwt.com
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 757-8016

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **NOTICE OF APPEARANCE** on:

Dwayne J. Dennis
Hazel R.D. Dennis
3735 N. Vancouver Ave
Portland, OR 97227
Telephone (503) 282-3154

Plaintiffs

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said plaintiffs' last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said plaintiffs' address as shown above on the date set forth below;

☒ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said plaintiffs' last-known address on the date set forth below;

☐ by faxing a copy thereof to said plaintiffs at their last-known facsimile number on the date set forth below;

☐ by emailing a copy thereof to said plaintiffs at their last-known email address as set forth above; and/or

☐ by emailing a copy thereof in Word format to said plaintiffs at their last-known email address as set forth above, pursuant to Local Rule 5-11(b).

Dated this 31st day of July, 2018.

DAVIS WRIGHT TREMAINE LLP

By s/ Tim Cunningham
Kevin H. Kono, OSB #023528
Tim Cunningham, OSB #100906
Of Attorneys for Defendant



DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax