IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DWAYNE J. DENNIS and HAZEL R.D. DENNIS,

        Plaintiffs,

v.

JP MORGAN CHASE BANK,

        Defendant.

No. 3:18-cv-00555-YY

JUDGMENT

HERNÁNDEZ, District Judge:

        Based on the record, it is ORDERED AND ADJUDGED that this case is dismissed with prejudice.

        IT IS SO ORDERED.

        DATED this 14 day of March, 2019.

                                MARCO A. HERNÁNDEZ
                                United States District Judge

1 - JUDGMENT