UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DWAYNE J. DENNIS; HAZEL R.D. DENNIS,

Plaintiffs-Appellants,

v.

JP MORGAN CHASE BANK,

Defendant-Appellee.

No. 19-35271

D.C. No. 3:18-cv-00555-YY
District of Oregon,
Portland

ORDER

Before: CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

We treat appellants' motions to stay the mandate (Docket Entry Nos. 24, 25, and 26) as a petition for panel rehearing, and deny the petition.

No further filings will be entertained in this closed case.